UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NALDVIN SHIPPING and DALNAVE NAVIGATION, INC. | * ADMIRALTY RULE 9(h) * |
| | * CIVIL ACTION NO. |
| VERSUS | * |
| | * SECTION * |
| ST. JAMES STEVEDORING PARTNERS, LLC | * MAGISTRATE |

**ORIGINAL VERIFIED COMPLAINT**

Claimants Naldvin Shipping ("Naldvin") and Dalnave Navigation, Inc. ("Dalnave"), as owners and managers of the M/V MYRON N, respectively, by and through their attorneys Chaffe McCall, L.L.P., respectfully submit this Verified Complaint stating an admiralty and maritime cause of action against the defendant, St. James Stevedoring Partners, LLC ("SJS"), and upon information and belief allege as follows:

**The Parties**

1.

Naldvin Shipping is a foreign corporation organized and doing business under the laws of a foreign country, and was at all material times the owner of the M/V MYRON N.

2.

Dalnave Navigation, Inc. is a foreign corporation organized and doing business under the laws of a foreign country, and was at all material times the manager of the M/V MYRON N.

3.

At all material times, the M/V MYRON N was an ocean going bulk cargo vessel, of Cyprus registry, with the following particulars: 38,337 gross tons, 70,424 deadweight tons, with IMO number 8811364.

4.

St. James Stevedoring Partners, L.L.C. was at all material times and still is a limited liability company organized and existing pursuant to the laws of the State of Louisiana and authorized to do and doing business within the Eastern District of Louisiana.

## Jurisdiction and Venue

5.

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Subject matter jurisdiction for this claim is proper under 28 U.S.C. §§ 1333 and 1367.

6.

Venue is proper in this district pursuant to 28 U.S.C. § 1391 (b) and (d) because the events and circumstances giving rise to the claim(s) stated herein occurred within this district and within the jurisdiction of this Honorable Court.

## Facts and Cause of Action

7.

At all material times, SJS operated a midstream buoy system on the Mississippi River at or near Mile 122 AHP near Destrehan, Louisiana for the purpose of conducting bulk cargo loading and unloading operations.

8.

At all material times, the M/V MYRON N was under charter to Transammonia and was carrying a cargo of bulk urea.

9.

On or about October 31, 2011, the M/V MYRON N, laden with a cargo of bulk urea, was moored at the buoys at or near Mile 122 AHP and the cargo was being discharged by SJS.

10.

During discharge operations, SJS caused physical damage to the vessel and, more specifically, to the plating of water ballast tank 5(s) located in cargo hold no. 7, resulting in ballast water infiltration into the cargo hold.

11.

The nature of the vessel damage required that permanent repairs be completed and approved by the classification society surveyor prior to vessel departure. SJS accepted responsibility for the damage and undertook repairs at SJS's time and costs. Repairs were completed on or about November 1, 2011.

12.

As a direct result of the damage and resulting delay, the vessel incurred additional costs and expenses including, but not limited to, costs associated with attendance by surveyors, guard expenses, extra fuel consumption, and extra dockage expenses, which amount $19,812.85 plus interest, costs and attorney's fees, as best can be presently estimated.

13.

The damage to the vessel and the costs and expenses associated with or arising out of its repair were in no way caused or contributed to by Claimants, or of anyone for whose conduct Claimants are responsible, but were instead the result of and caused solely by the fault, neglect, inattention to duty, lack of care and/or breach of warranty of workmanlike service on the part of SJS and/or their employees, agents, and/or representatives.

14.

To date, SJS has refused all amicable demands by Claimants or their representatives to pay the additional costs and expenses described above.

15.

Claimants Naldvin and Dalnave reserve the right to amend or supplement this Complaint and further specify such other and further claims, causes of action, or different faults and negligence as the evidence may later disclose.

WHEREFORE, Claimants Naldvin Shipping and Dalnave Navigation, Inc. pray:

1. That this Verified Complaint be deemed good and sufficient;

2. That process in due form of law, according to the rules and practices of this Honorable Court may issue against Defendant St. James Stevedoring Partners, LLC;

3. That after due proceedings had, a judgment be entered in favor of Naldvin Shipping and Dalnave Navigation, Inc. and against St. James Stevedoring Partners, LLC for all damages arising out of or related to the aforementioned incident together with interest, attorneys' fees and costs; and

4. Claimants be granted all other general and equitable relief as the Court may deem proper.

Respectfully submitted,

/s/ *Daniel A. Tadros*
Daniel A. Tadros, T.A. (La. #21906)
Katharine R. Colletta (La. #27552)
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Counsel for Naldvin Shipping and Dalnave Navigation, Inc.**

**PLEASE ISSUE SUMMONS TO:**

St. James Stevedoring Partners, LLC
Through its registered agent for service:
Robert J. Burvant
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170

1938201-1